**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAHEEM CHAMIR MCCLELLAN** | : | **CIVIL ACTION NO. 1:04-CV-2588** |
| **and LENNOX DAVID,** | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **PIKE COUNTY, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 11th day of May, 2005, upon consideration of defendants' motions (Docs. 13, 21) to dismiss filed on February 1, 2005 and March 22, 2005, and and it appearing that as of the date of this order plaintiffs have not filed briefs in response, see L.R. 7.6 ("Any party opposing any motion shall file a responsive brief . . . . [or] shall be deemed not to oppose such motion."), it is hereby ORDERED that plaintiffs shall file briefs in opposition to the motions (Docs. 13, 21) on or before May 23, 2005.  Failure to comply with this order may result in the granting of the motions or dismissal of this case for failure to prosecute.  See L.R. 7.6; FED. R. CIV. P. 41(b).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge