**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAHEEM CHAMIR MCCLELLAN and LENNOX DAVID,** | : : : : : : : : : : : | **CIVIL ACTION NO. 1:04-CV-2588** **(Judge Conner)** |
| **Plaintiffs** | | |
| v. | | |
| **PIKE COUNTY, et al.,** | | |
| **Defendants** | | |

**<u>ORDER</u>**

AND NOW, this 24th day of August, 2005, upon consideration of the correspondence from the court addressed to plaintiff Raheem Chamir McClellan ("McClellan") and returned as undeliverable (Doc. 35), indicating that McClellan is "in transit" to another correctional facility, and of the order of court dated August 9, 2005 (Doc. 34), directing McClellan to file on or before August 19, 2005, a response showing cause why plaintiff's claims should not be dismissed for failure to prosecute, and it appearing that as of the date of this order McCellan has not filed a change of address with the court, <u>see</u> L.R. 83.18 (requiring parties proceeding *pro se* to maintain on file with the Clerk of Court a current mailing address),[1] or a response showing cause why his claims should not be dismissed for failure to prosecute, <u>see</u> FED. R. CIV. P. 41(b), it is hereby ORDERED that:

---

[1] (<u>See also</u> Doc. 4) (standing practice order advising parties that failure to notify the court of a change of address would be deemed an abandonment of the case)).

1. The Clerk of Court is directed to contact the Lackawana County Prison in Scranton, Pennsylvania, and obtain the current address for plaintiff Raheem Chamir McClellan and send to McClellan a copy of this order and the order of court dated August 9, 2005 (Doc. 34).

2. Plaintiff Raheem Chamir McClellan shall file with the court, on or before September 9, 2005, a change of address and a response showing cause why the above-captioned action should not be dismissed for failure to prosecute. Failure to comply with this paragraph will result in the dismissal of plaintiff's claims. See FED. R. CIV. P. 41(b); see also L.R. 83.18.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge